ELEANOR NAPOLITANO et al., Appellants, v. PHYLLIS ALTERMAN et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

MARIE SWISTOWICH, Appellant, v. HERBERT ROGOWSKY, Respondent.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

ANNIE WRIGHT, Appellant, v. CIRCUS BURGER, INC., et al., Respondents.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

DIANE ZEIN et al., Plaintiffs, v. CHARLES R. CAMPBELL, Appellant, and F & C MOTORS, INC., Respondent, et al., Defendants.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.